**Order entered July 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00386-CV

### IN RE HAMP WILLIAMS TRUST

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08491**

## ORDER

Before the Court is the court reporter's July 13, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **July 23, 2018**.

/s/    ADA BROWN
        JUSTICE